[Nos. 11120–5–I; 11121–3–I; Division One. December 12, 1983.]
11122–1–I.

THE STATE OF WASHINGTON, *Respondent,* v. RODNEY
COURVILLE, *Petitioner.*

THE STATE OF WASHINGTON, *Respondent,* v. MARK
P. JAMES, *Petitioner.*

THE STATE OF WASHINGTON, *Respondent,* v. GEORGE
STARR, *Petitioner.*

Appeals from a judgment of the Superior Court for King
County, No. 81–1–02508–7, Robert E. Dixon, J., entered
November 20, 1981. *Reversed* by unpublished opinion per
Callow, J., concurred in by Durham, A.C.J., and Swanson,
J. Now published at 36 Wn. App. 615.

[No. 5254–1–III. Division Three. December 13, 1983.]

DON A. JOHNSON, *Appellant,* v. GEORGE PITTMAN,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Ben-
ton County, No. 81–2–01160–5, Fred R. Staples, J., entered
June 21, 1982. *Affirmed* by unpublished opinion per
Hettinger, J. Pro Tem., concurred in by Munson, C.J., and
Green, J.

[No. 5187–1–III. Division Three. December 13, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. LARRY
DONEL ADAMSON, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for
Franklin County, No. 4416, Richard G. Patrick, J., entered
April 23, 1982. *Affirmed* by unpublished opinion per Loy, J.
Pro Tem., concurred in by Munson, C.J., and Green, J.